UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MICHAEL MONTGOMERY,

                     Plaintiff,

    -against-

PORT AUTHORITY TRANS-HUDSON,
CORP.

                     Defendant.

-------------------------------------------------------X

Index No.: 1:20-cv-02311

**NOTICE OF MOTION *IN LIMINE***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2022

TO:   Marc T. Wietzke, Esq.
       Flynn & Wietzke, PC
       1205 Franklin Avenue, Suite 370
       Garden City, New York 11530

PLEASE TAKE NOTICE that Port Authority Law Department, Attorney of Record for Port Authority Trans-Hudson Corporation, appearing by Nicholas Mino Esq., will move in limine, on November 3, 2022, before the Honorable Colleen McMahon, United States District Judge, at the U.S. Courthouse, 500 Pearl Street, Room 24A, New York, New York 10007, for an order requiring that any claim by Plaintiff for lost wages or lost overtime be presented using after-tax figures. In support of this motion, Port Authority Trans-Hudson Corporation relies on its supporting memorandum, submitted herewith.

Dated: May 9, 2022
         New York, New York

**MEMO ENDORSED**

Respectfully submitted,

*Nicholas Mino*

Nicholas Mino, Esq.
Port Authority Law Department
Four World Trade Center
150 Greenwich Street, 24th Floor
New York, New York 10007
Tel.: (212) 435-3669
*Attorneys for Port Authority Trans-Hudson Corporation*

9/26/2022

As plaintiff concedes the point and never disputed it, the motion is MOOT. Clerk to strike from list of open motions.

[signature]