UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICHAEL MONTGOMERY,

                             Plaintiff,

    -against-

PORT AUTHORITY TRANS-HUDSON,
CORP.

                             Defendant.
-----------------------------------------------------------X

Index No.: 1:20-cv-02311

**NOTICE OF MOTION *IN LIMINE***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2022

TO:   Marc T. Wietzke, Esq.
        Flynn & Wietzke, PC
        1205 Franklin Avenue, Suite 370
        Garden City, New York 11530

PLEASE TAKE NOTICE that Port Authority Law Department, Attorney of Record for Port Authority Trans-Hudson Corporation, appearing by Nicholas Mino Esq., will move in limine, on November 3, 2022, before the Honorable Colleen McMahon, United States District Judge, at the U.S. Courthouse, 500 Pearl Street, Room 24A, New York, New York 10007, for an order granting the defendant the right to set off the money it paid plaintiff on account of his injury on duty and for the amount paid in medical expenses regardless of the percentage of comparative negligence attributed to PATH. In support of this motion, Port Authority Trans-Hudson Corporation relies on the Declaration of Nicholas Mino and its supporting memorandum, submitted herewith.

**MEMO ENDORSED**

Dated: May 9, 2022
          New York, New York

Respectfully submitted,

*Nicholas Mino*
Nicholas Mino, Esq.
Port Authority Law Department
Four World Trade Center
150 Greenwich Street, 24th Floor
New York, New York 10007
Tel.: (212) 435-3669
*Attorneys for Port Authority Trans-Hudson Corporation*

---

*Handwritten endorsement:*

9/26/2022

I agree more or less. I agree that plaintiff's IOD paid need to be set-off but as the Defendant is not entitled to set-off but as the Plaintiff. Defendant must be apprised and the jury must be apprised of the amount of medical expenses to be set off on defendant's stipulation. Defendant must notify the verdict. Defendant should send clerk proposed order notice.