UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICHAEL MONTGOMERY,

                      Plaintiff,

    -against-

PORT AUTHORITY TRANS-HUDSON, CORP.

                      Defendant.
-----------------------------------------------------------X

Index No.: 1:20-cv-02311

**NOTICE OF MOTION *IN LIMINE***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2022

TO:    Marc T. Wietzke, Esq.
         Flynn & Wietzke, PC
         1205 Franklin Avenue, Suite 370
         Garden City, New York 11530

PLEASE TAKE NOTICE that Port Authority Law Department, Attorney of Record for Port Authority Trans-Hudson Corporation, appearing by Nicholas Mino Esq., will move in limine, on November 3, 2022, before the Honorable Colleen McMahon, United States District Judge, at the U.S. Courthouse, 500 Pearl Street, Room 24A, New York, New York 10007, for an order requiring that any jury award should reimburse the Railroad Retirement Board for any lien it has due to supplementary sickness benefits paid to plaintiff. In support of this motion, Port Authority Trans-Hudson Corporation relies its supporting memorandum, submitted herewith.

Dated: May 9, 2022
          New York, New York

MEMO ENDORSED

Respectfully submitted,

*Nicholas Mino*

Nicholas Mino, Esq.
Port Authority Law Department
Four World Trade Center
150 Greenwich Street, 24th Floor
New York, New York 10007
Tel.: (212) 435-3669
*Attorneys for Port Authority Trans-Hudson Corporation*

[Handwritten endorsement dated 9/26/2022: "Again, the motion is fully unnecessary as Plaintiff does not dispute the law. MOOT: Clerk to dn motion"]