UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

Michael Montgomery

      Plaintiff,

v.                                                                                  20-cv-2311 (CM)

Port Authority Trans Hudson Corp.,

      Defendant.

————————————————————X

## ORDER

McMahon, J.:

      The Clerk of Court is respectfully directed to remove the motions at Docket Number 21, 24 and 27 from the Court's list of open motions.

Dated: September 27, 2022

                                                                                     U.S.D.J.

BY ECF TO ALL COUNSEL